FRANZ FUETSCH (SBN 137310)
LAW OFFICE OF FRANZ FUETSCH
179 11TH Street, 2nd Floor
San Francisco, CA  94103
Telephone:  (415) 728-2107
Facsimile:  (415) 626-5107

BRIAN H GETZ (SBN 85593)
LAW OFFICES OF BRIAN H. GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone:  (415) 912-5886
Facsimile:  (415) 438-2655

Attorneys for Defendant
Lai-Juh Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAI-JUH CHEN, ET AL.,<br><br>Defendants. | CASE NO. CR-09-0110-SI<br><br>**DEFENDANT LAI-JUH CHEN'S UNOPPOSED APPLICATION AND ~~PROPOSED~~ ORDER FOR TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Trial Date:  October 31, 2011 |

Defendant Lai-Juh Chen hereby requests that this Court permit him to travel briefly outside of the Northern District of California. This request is based on the following:

1.   Dr. Chen seeks to travel to New York City, New York from January 11, 2011 until January 13, 2011 to participate in the Sixth Annual Clean Technology & Renewables Conference which will take place on January 12, 2011. Dr. Chen will travel by air on United Airlines Flight 10

1  leaving San Francisco on January 11, 2011 at 10:37 a.m. and returning January 13, 2011 at 5:25 p.m.
2  on United Airlines Flight 863. While in New York, Dr. Chen will stay at the Staybridge Suites Times
3  Square Hotel located at 340 West 40th Street, New York, New York 10018. Upon the Court's granting
4  of this application, Dr. Chen will provide Pre-Trial Services and the United States Department of
5  Justice Attorneys, Heather Tewksbury and E. Kate Patchen, with a travel itinerary detailing the above-
6  mentioned. The United States does not object to this request, as explained more fully in paragraph 5.
7  As shown in paragraph 6, Pre-Trial Services does not object to this request.

8      2.    The Sixth Annual Clean Technology & Renewables Conference will provide industry
9  participants and investors with an unparalleled look at one of the fastest growing sectors—clean
10 technology and renewables. This annual conference is generally known as the first and largest investor
11 event in the sector. Furthermore, the conference is to connect industry experts, like Dr. Chen, to
12 explore business opportunities in the clean tech field. Thus, it is important that Dr. Chen be permitted
13 to attend the conference on behalf of AU Optronics. Dr. Chen and AU Optronics believe that
14 attendance at this conference is important for all senior executives of participating companies.

15     3.    Individuals that attend the Clean Technology & Renewables Conference will gain
16 insight from leading solar, wind, smart grid, energy storage, LED, biofuels, water, automotive
17 efficiency and other clean technology companies from across the global supply chain, meet senior
18 executives, and have the opportunity for one-on-one and group meetings. Attendees will learn about
19 unfolding technology advancements and cost improvements that will make these technologies
20 competitive with traditional energy sources.

21     4.    In order to facilitate his travel by air consistent with TSA regulations, Dr. Chen
22 requests that this Court direct the Clerk of Court to temporarily return his Taiwanese passport to make
23 the above referenced possible. Dr. Chen will return his passport to the custody of the Clerk
24 immediately upon his return to San Francisco on January 13, 2011 (subject only to the Clerk's
25 business hours).

26     5.    On December 30, 2010, the undersigned spoke with Department of Justice Attorney E.
27 Kate Patchen. Ms. Patchen informed the undersigned that the United States Attorney's Office has no
28 objection to Dr. Chen's temporary travel to New York.

CASE NO. CR 09-0110 SI     -2-
DEFENDANT LAI-JUH CHEN'S UNOPPOSED APPLICATION AND PROPOSED ORDER FOR TEMPORARY
TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA

6. Pre-Trial Services does not oppose to Dr. Chen's travel request. On December 30, 2010, the undersigned spoke with Officer Allen Lew of Pretrial Services describing the proposed trip to New York. Officer Lew advised that Pre-Trial Services does not object to Dr. Chen's proposed trip.

Accordingly, Dr. Chen respectfully requests that the Court permit him to temporarily travel outside the Northern District of California from January 11, 2011 until January 13, 2011, to New York City, New York so he may attend the Sixth Annual Piper Jaffray Clean Technology and Renewables Conference.

Dated: January 3, 2011

Respectfully submitted,

LAW OFFICES OF BRIAN H GETZ

By: _____/s/_____
Brian H Getz
Attorney for Defendant Lai-Juh Chen

CASE NO. CR 09-0110 SI                                      -3-
DEFENDANT LAI-JUH CHEN'S UNOPPOSED APPLICATION AND PROPOSED ORDER FOR TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA

# ORDER

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant Lai-Juh Chen's conditions of release are hereby modified temporarily to permit him to travel outside of the Northern District of California consistent with the terms and conditions set forth above.

2. The Clerk of Court is directed to return Dr. Chen's passport to him temporarily to permit him to travel as set forth above in Dr. Chen's application. Dr. Chen shall immediately return his passport to the Clerk of Court when the subject trip is completed.

IT IS SO ORDERED.

Dated: 4 Jan 2011

THE HONORABLE BERNARD ZIMMERMAN
United States District Court Magistrate Judge